UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

County of Sibley,

Plaintiff,

v.

Compass Bank,

Defendant.

Civil 00-1687 DWF/SRN

ORDER OF RECUSAL

---

Pursuant to the provisions of 28 U.S.C. §455(a), the undersigned hereby recuses herself in this matter. By separate notice, the parties will be advised by the Clerk of Court as to the new Magistrate Judge on this matter.

DATED: July 26, 2000.

Susan Richard Nelson

SUSAN RICHARD NELSON
United States Magistrate Judge

FILED JUL 27 2000
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______